UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

PLAINTIFF(S)　　　　　　　　　　　)　　　　Case No:
Yoko Shenzhen Management Corp　　)

　　　v.　　　　　　　　　　　　　)
DEFENDANT(S)　　　　　　　　　　　)　　　　**08CV0412**
　　　　　　　　　　　　　　　　　)　　　　**JUDGE DARRAH**
JLV Consultants and Investments Ltd.　)　　**MAG. JUDGE KEYS**
245 King George Road, Suite 155,　　)
Brantford, Ontario, Canada　　　　　)
Principal: Ms. Jamie Lynn Vince　　　)
　　　　　　　　　　　　　　　　　)

and

Boucher International Holdings Inc
Address: RR#1, Henryville,
Pennsylvania, 18332-9747
Principal: Thomas J. Boucher

**RECEIVED**

JAN 1 8 2008
Jan 18, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## COMPLAINT

Plaintiff complains and for causes of action alleges as follows:

(For Breach Of Contract Against JLV Consultants and Investments Ltd, Principal: Jamie Lynn Vince. Office Address-245 King George Road, Suite 155, Brantford, Ontario, Canada and Boucher International Holdings Inc, Principal: Mr. Thomas J. Boucher, Office Address: RR#1, Henryville, Pennsylvania, 18332-9747 in the Pocono Mountains of Pennsylvania.)

Defendants
JLV Consultants and Investments Ltd, Principal: Jamie Lynn Vince.
Office Address-245 King George Road, Suite 155, Brantford, Ontario-Canada, and at all times herein mentioned was a registered Corporation in the City of Ontario, Canada.

and Boucher International Holdings Inc, Principal: Mr. Thomas J. Boucher, Office Address: RR#1, Henryville, Pennsylvania, 18332-9747 in the Pocono Mountains of Pennsylvania, and at all times herein mentioned was a registered Corporation with an office in Tele Pennsylvania.

Plaintiff Kelly J. Ofoma, Sr. Representing Yoko Shenzhen Management Corporation, believes and thereon alleges that, at all times herein mentioned, each of the defendants sued herein was the agent and employee of each of the corporations named in this suit and was at all times acting within the purpose and scope of such agency and employment.

On or about June 26, 2007, Plaintiff and defendant entered into a written agreement, a copy of which is attached hereto as Exhibit "A-E" and made a part hereof. By the terms of said written agreement.

The consideration set forth in the agreement was that JLV Consultants and Investments Ltd, Principal: Ms. Jamie Lynn Vince would through Yoko deliver a bank issued instrument issued by Barclays Bank, London to an end client for purchase, which the defendant claimed belonged to her and her company by means of a written notarized affidavit of ownership which is Exhibit "B"

Plaintiff has performed all conditions, covenants, and promises required by JLV Consultants and Investments Ltd, Principal: Ms. Jamie Lynn Vince on their part to be performed in accordance with the terms and conditions of the contract.

On or about June 27, 2007 the defendants JLV Consultants and Investments Ltd, Principal: Ms. Jamie Lynn Vince breached the said agreement by not delivering the said instrument through Yoko to the end client. There was much delay in the transaction due to JLV Consultants and Investments Ltd, Principal: Jamie Lynn Vince being dishonest, giving us story after story as to why the instrument had not been delivered as promised. They even gave National Securities Corporation instructions as to how they could go to DTC screen to pull down the instrument. NSC vehemently told Ms. Vince that the instructions she gave were not instructions from Barclays Bank or DTC Corporation. She could not provide a Cusip number for the instrument but insisted NSC would find the Cusip number once they have logged on to DTC. After much delay Yoko became suspicious and decided to do a thorough due diligence through which they discovered that the instrument was indeed FRAUDULENT. Barclays Bank never issued the instrument. See Exhibit "D" After we ceased doing business with JLV Consultants and Investments Ltd, Principal: Jamie Lynn Vince and distanced ourselves because the document was fraudulent we discovered on December 20, 2007 that JLV Consultants and Investments Ltd, Principal: Ms. Jamie Lynn Vince and Boucher International Holdings Inc, Office Address:RR#1, Henryville, Pennsylvania, 18332-9747 in the Pocono Mountains of Pennsylvania, Principal: Mr. Thomas J. Boucher were attempting to sell the instrument and had inserted Yoko Shenzhen Management Corporation's name in the fraudulent documents . see exhibit "D"

DTC confirmed that the procedure given to NSC was wrong but they would need a Cusip number which she was unable to provide because the document was fraudulent.

By reason of defendants breach of said contract as herein alleged, the plaintiff Yoko Shenzhen Management Corporation has suffered damages in the sum of $5,000,000.00 which is 2% of the face value of the Instrument which would have been Yoko's commission from the end client.

We have tried to make an amicable settlement with them outside of court for a much smaller amount. Ms Vince prepared a release of claims agreeing to pay some of our expenses which we agreed and also signed. She never made good on her promise but instead changed her business address and phone number. When the instrument resurfaced it was brought to our attention that someone was using YOKO's name to offer an instrument. The instrument was being offered by Boucher International Holdings Inc, Principal: Mr. Thomas J. Boucher, Office Address: RR#1, Henryville, Pennsylvania, 18332-9747 in the Pocono Mountains of Pennsylvania on December 20, 2007 subsequently, we discovered her new address and phone number.

By the terms of said written agreement, the Plaintiff is entitled to recover reasonable liquidated damage fees incurred in the enforcement of the provisions of the agreement.

I pray to the honorable court to please put an injunction against this company stopping them from using YOKO's name or offering this instrument because Yoko does not own this instrument now nor have they ever and their name being associated with this fraudulent instrument can do irrepairable hame to Yoko Shenzhen Management Corporation. We would like to be compensated because this instrument has damaged our company's reputation.

WHEREFORE, plaintiff Yoko Shenzhen Management Corporation pray judgment against defendants JLV Consultants and Investments Ltd, Principal: Ms. Jamie Lynn Vince and Boucher International Holdings Inc RR#1, Henryville, Pennsylvania, 18332-9747 in the Pocono Mountains of Pennsylvania, Principal: Mr. Thomas J. Boucher and each of them, as follows:

For compensatory damages in the sum of $5,000,000.00;
For interest on the sum of $250,000 from and after June 26, 2007 to date of judgment;
For such other and further relief as the court may deem proper.

**VERIFICATION**

I, Kelly J. Ofoma, am a Representative in the above-entitled action. I have read the foregoing statements and know the contents thereof. The same is true of my own knowledge, except as to those matters which are therein alleged on information and belief, and as to those matters, I believe it to be true.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at Chicago, Illinois.

*[signature]*

Yoko Shenzhen Management Corp
9721 South Genoa Ave.
Chicago, IL  60643
Rep-Kelly J. Ofoma, Sr.
Phone: 773-715-6709

Dated:  ___/___/

```
TRANSACTION CODE              BARC-12/JLV/YMSC/260307-G
FUNDING PROVIDER CODE         YSM500M-NSC-HKHK-KO
COLLATERAL PROVIDER CODE      BARC-JLV-500M-YM SC0607
```



*Exhibit "A"*

# JLV Consultants & Investments Inc.
92 Caplan Avenue, Suite 112, Barrie, ON L4N 0Z7
705-833-1629  Fax 705-722-4454  Email JLVConsultants@hotmail.com

## CORPORATE INVOICE
### No: JLV-500M-9777A

June 26, 2007

**TO:   Yoko Shenzhen Management Corporation,**
**represented by Mr. Joe Lin, Vice-President**
**and Mrs. Elizabeth A. Washington, Signatory**

We, JLV Consultants & Investments Inc. in Trust, represented by our President, Jamie Lynn Vince with Canadian Passport N° AP415941, hereby certify under penalty of perjury of law that the BANK INSTRUMENT being invoiced herein and described under is AVAILABLE FOR SALE and READY TO BE PURCHASED.

We hereby further confirm with full corporate authority and legal responsibility to deliver to you or your designated Bank, the herein described Instrument, on terms, conditions and procedures agreed upon with you.

FURTHERMORE, we do hereby present our CORPORATE INVOICE NO: **JLV-500M-9777A** for payment via SWIFT – with "PRIORITY" or "SAME DAY CREDIT" settlement to our bank coordinates that will be stated in this INVOICE PAYMENT INSTRUCTIONS as per payment coordinates herein and confirm with full legal responsibility our irrevocable commitment to deliver the herein described Instrument to your nominated account.

**DESCRIPTION OF INSTRUMENT:**

| | |
|---|---|
| NAME OF ISSUING BANK | BARCLAYS BANK PLC, CHURCHILL PLACE, LONDON |
| GUARANTEE NUMBER | BARC-22/190307/G |
| ISIN CODE | GB0145451695 |
| CUSIP | 02041A451 |
| EURO I.D. | 00331 40 1400 13 |
| DTC ACCT # | 02951 |
| REUTERS | BAFX, BBCB |
| DATE OF ISSUE | 19TH MARCH 2007 |
| DATE OF MATURITY | 19TH MARCH 2008 |
| NAME OF BENEFICIARY | JLV CONSULTANTS AND INVESTMENTS INC IN TRUST |
| ADDRESS | 92 CAPLAN AVENUE, SUITE 112, BARRIE, ONTARIO L4N 0Z7 |
| TRANCTION REF. NO. | BARC-12/JLV/YMSC/260307-G |
| AMOUNT | €500 MILLION |
| SELLING INVOICE PRICE | €410,000,000 EURO /82% OF FACE VALUE |
| CONTRACT AMOUNT | 500 MILLION EURO, WITH ROLLS AND EXTENSIONS |

This offer exclusively authorizes **Yoko Shenzhen Management Corporation, represented by Mr. Joe Lin, Vice-President**, holding passport **#200550581** and Mrs. **Elizabeth A. Washington, Signatory**, holding passport **#027513332**, the BUYER and/or their

*TRANSACTION CODE*  *BARC-12/JLV/YMSC/260307-G*
*FUNDING PROVIDER CODE*  *YSM500M-MSC-HKHK-KO*
*COLLATERAL PROVIDER CODE*  *BARC-JLV-500M-YM SC0407*

ASSIGNS, to purchase the Bank Instrument described in this Corporate Invoice No JLV-500M-9777A, under permission from and by JLV Consultants and Investments Inc. in Trust, the holder of the Bank Instrument.

## CLOSING PROCEDURES

1. THE SELLER SHALL, PROVIDE THIS CORPORATE INVOICE TO THE BUYER WHICH SHALL CONTAIN THE COMPLETE DESCRIPTION OF THE BANK GUARANTEE TO INCLUDE THE FOLLOWING, BUT NOT LIMITED TO, ISIN, CUSIP, REGISTRATION NUMBERS, DATE OF ISSUE, DATE OF MATURITY, AMOUNT, EURO I.D., DTC ACCT #, REUTERS NO.

2. THE BUYER WILL COUNTERSIGN AND RETURN A COPY OF THIS COUNTERSIGNED INVOICE TO THE SELLER

3. THE BANK OF THE BUYER WILL PROVIDE A PAYMENT GUARANTEE BY WAY OF A PAYORDER COMMITMENT (ANNEX "A") BY DELIVERY TO THE BANK OF THE SELLER, STATING THEIR UNDERTAKING TO CONDUCT THIS TRANSACTION AND PAYMENT GUARANTEE IN ACCORDANCE WITH THE PROCEDURES HEREIN. A FAX/MAIL COPY OF THE PAYORDER COMMITMENT SENT SHALL IMMEDIATELY BE PROVIDED TO THE SELLER AT FAX +27 21 864 1945 AND E-MAIL JLVConsultants@hotmail.com

4. THE SELLER WILL DELIVER THE INSTRUMENT VIA DTC TO THE BANK OF THE BUYER

5. THE BANK OF BUYER WILL ACCESS AND DOWNLOAD THE HARD COPY OF THE BANK GUARANTEE.

6. THE BANK OF THE BUYER WILL TRANSFER FULL CASH PAYMENT FOR THE INSTRUMENT WITHIN A SETTLEMENT OF T+3 (TERM THREE DAYS) TO THE NOMINATED ESCROW ACCOUNT OF THE SELLER.

**BOND POWER**
We, JLV Consultants & Investments Inc. in Trust ("SELLER") the beneficiary owner of the herein described BANK INSTRUMENT, and the SELLER, with corporate authority and legal responsibility herewith grant to BUYER and/or its Assignee, BOND POWER over the instrument described herein of this Corporate Invoice. We authorize and warrant the discharge or registration of the instruments after our receipt of funds from the BUYER'S BANKS via Bank Endorsed Pay Order, Single Credit Customer Transfer to the accounts herein the Pay Orders Attached hereto.

**GUARANTEE**
The SELLER hereby undertakes and guarantees the delivery of the actual Bank Instruments described in this Corporate Invoice to the BUYER'S designated Account.

**WARRANTY**
SELLER hereby declares, warrants, undertakes and guarantees that the Instrument described in the Full Corporate Offer, offered and fully executed by the SELLER on June 26, 2007, is authentic, legitimate, of non-criminal origin, free from liens or encumbrances, derived from the due process of the appropriate institution or authority and obtained through proper procedure, complying with all formalities, rules and regulations of the issuing authority.

BUYER hereby declares and warrants, under penalty of perjury of law that funds used to purchase the herein described Instrument are good, clean, cleared, of non-criminal origin, derived or earned from legitimate trading activities and/or from non-criminal business operations.
Both SELLER and BUYER agree that ICC standards relating to Non-Circumvention & Non-Disclosure and Force Majeure shall apply in this transaction and that facsimile/email copies of this CORPORATE INVOICE shall have the same effect as originals.

| TRANSACTION CODE | BARC-12/JLV/YMSC/260307-G |
|---|---|
| FUNDING PROVIDER CODE | YSM500M-MSC-HKHK-KO |
| COLLATERAL PROVIDER CODE | BARC-JLV-500M-YM SCD607 |

ABOVE-MENTIONED TERMS AND CONDITIONS ARE ACCEPTABLE, READ, AGREED, AND ACCEPTED UNDER PENALTY PURGURY, SIGNED ON THIS DAY: **JUNE 26, 2007**

**FOR AND ON BEHALF OF BUYER – LEGAL & AUTHORIZED SIGNATORY:**
Yoko Shenzhen Management Corporation

*[Signature: Elizabeth A. Washington]*        *[Corporate Seal: Yoko Shenzhen Management Corporation]*

| SIGNATURE | | CORPORATE SEAL |
|---|---|---|
| PRINTED NAME (FED ID) | MRS. ELIZABETH A. WASHINGTON | |
| TITLE: | SIGNATORY | |
| PASSPORT NUMBER / COUNTRY: | 027513332 | |

SIGNED ON THIS DAY: **JUNE 26, 2007**

ON BEHALF OF **JLV CONSULTANTS & INVESTMENTS INC.**

| SIGNATURE | | CORPORATE SEAL |
|---|---|---|
| PRINTED NAME | JAMIE LYNN VINCE | |
| TITLE: | PRESIDENT | |
| PASSPORT NUMBER / COUNTRY: | AP415941 CANADA | |
| PASSPORT ISSUE DATE: | MARCH 14, 2005 | |
| PASSPORT EXPIRY DATE: | MARCH 14, 2010 | |

Exhibit B



Consultants & Investments Inc.

...plan Avenue, Suite 112, Barrie, ON L4N 0Z7
...12-1629 Fax 705-722-4454 Email JLVConsultants@hotmail.com

# Affidavit

**Reference:**

TRANSACTION CODE        BARC-12/JLV/YMSC/260307-G
FUNDING PROVIDER CODE   YSM500M-NSC-HKHK-KO
COLLATERAL PROVIDER CODE BARC-JLV-500M-YM SCD607

I, **Jamie Lynn Vince** of **JLV Consultants & Investments Inc** ("Seller") the undersigned, holding **Passport AP415941**, with full Corporate Authority and Legal Responsibility, under penalty of perjury, hereby

MAKE OATH and say as follows:

That the herein-described Bank Instrument offered for sale (via Private Placement) to the Buyer is reserved for sale to, **Yoko Shenzhen Management Corporation,** as reflected within the Corporate Invoice #**JLV-500M-9777A** and is good, clean, cleared and wholly derived from legal sources of non-criminal origin. I hereby irrevocably make this oath against delivery of my assets as per indicated hereto;

| | |
|---|---|
| NAME OF ISSUING BANK | BARCLAY'S BANK PLC, CHURCHILL PLACE, LONDON |
| GUARANTEE NUMBER | BARC-22/190307/G |
| ISIN CODE | GB0145451695 |
| CUSIP | 02041A451 |
| EURO I.D. | 00331 40 1400 13 |
| DTC ACCT # | 02951 |
| REUTERS | BAFX, BBCB |
| DATE OF ISSUE | 19TH MARCH 2007 |
| DATE OF MATURITY | 19TH MARCH 2008 |
| NAME OF BENEFICIARY | JLV CONSULTANTS AND INVESTMENTS INC IN TRUST |
| ADDRESS | 92 CAPLAN AVENUE, SUITE 112, BARRIE, ONTARIO L4N 0Z7 |
| TRANSACTION REF. NO. | BARC-12/JLV/YMSC/260307-G |
| AMOUNT | €500 MILLION |
| SELLING INVOICE PRICE | €410,000,000 EURO /82% OF FACE VALUE |
| CONTRACT AMOUNT | 500 MILLION EURO, WITH ROLLS AND EXTENSIONS |

The above noted instrument is held within the custodial bank, Barclay's Bank PLC, and is to be delivered to Yoko Shenzhen Management Corporation by DTC delivery on 27th, June, 2007, upon receipt of the confirmation from National Security Corporation at my nominated bank, confirming readiness to receive and make payment within agreed time T+3 (Term Three Days) by irrevocable bank confirmed Fed Wire transfer.

Page 1 of 2



## ...V Consultants & Investments Inc.

...plan Avenue, Suite 112, Barrie, ON  L4N 0Z7
... 812-1629  Fax  705-722-4454  Email  JLVConsultants@hotmail.com

I, Ms. Jamie Lynn Vince, the undersigned, solemnly declare that I am the owner and authorized signatory of the said Barclay's Bank Instrument aforementioned. I further understand that I am making this statement for my own protection and as well against delivery of the said Instrument and that I am capable of completing and honoring delivery of the said Instrument in a swift and timely manner.

I am aware it is a crime to transmit knowingly fraudulent information by electronic mail, facsimile machine or any other means of transmission or carrier and that deliberate misrepresentation is a fraud and constitutes criminal intent.

Jamie Lynn Vince/CHGA/CFC/LP
JLV Consultants & Investments Inc.

As a licensed Attorney of Law in Barrie, Ontario and registered under the laws of Ontario, I hereby notarise this Affidavit as of the following date;

SWORN AT Barrie, Ontario Canada this 26th day of June, 2007 before me,

NOTARY:

Solicitor/Notary Public

*Exhibit "C"*



Consultants & Investments Inc.
...on Avenue, Suite 112, Barrie, ON L4N 0Z7
...512-1629 Fax 705-722-4454 Email JLVConsultants@hotmail.com

# BOND POWER

Date: June 26, 2007

Reference:

| | |
|---|---|
| **TRANSACTION CODE** | **BARC-12/JLV/YMSC/260307-6** |
| **FUNDING PROVIDER CODE** | **YSM500M-NSC-HKHK-KO** |
| **COLLATERAL PROVIDER CODE** | **BARC-JLV-500M-YN SC0607** |

We, JLV CONSULTANTS AND INVESTMENTS, INC. in Trust ("Beneficiary") of the herein described BANK INSTRUMENT(s), and the Assignor, with corporate authority and legal responsibility herewith grant to **Yoko Shenzhen Management Corporation,** represented by Mrs. Elizabeth A. Washington, Signatory and Mr. Joe Lin, Vice-President, and/or its Assignee, BOND POWER over the Instrument(s) described herein this BOND POWER.

We authorize and warrant the discharge or registration of the instruments after confirmation of receipt at our bank of the Pay Order Commitment from the BUYER pursuant to payment instructions contained in the "Corporate Invoice(s)" to the designated bank.

**Designated Bank-**
Bank Name:         Royal Bank of Canada
Bank Address:      40 peter Street, Orillia, Ontario, Canada L3V 5B1
Account Number:    4001483
Account Holder:    JLV Consultants & Investments, Inc. IN Trust
Routing Number:    3582
SWIFT Code:        ROYCCAT2
Telephone:         705-326-2298
Telefacsimile:     705-326-5019

Cont'd page 2....

...2nd page...Bond Power

**_Bank Instrument Description-_**

| | |
|---|---|
| Bank: | Barclays Bank PLC. |
| Guarantee Number: | BARC-22/190307/G |
| ISIN Code: | GB0145451695 |
| CUSIP: | 02041A451 |
| Euro ID: | 00331 40 1400 13 |
| DTC ACCT: | 02951 |
| Reuters: | BAFX, BBCB |
| Issue: | 19th March, 2007    Maturity:    19th March, 2008 |

Transaction Reference Number: BARC-12/JLV/YMSC/260307-G

FOR AND ON BEHALF OF JLV CONSULTANTS AND INVESTMENTS, INC.

Corporate Seal
& Signature

_____
Jamie Lynn Vince
President/JLV Consultants & Investments Inc.

```
****************************
Company:Barclays Bank Plc,London.
ISIN:GB0145451695  Queue:TPZH   Nature:SWF   Type:760
Cusip:02041A345   Service:TPZH  Network:SWIFT  Prio:N
BLOCKING CODE:CR41123272
Reuters:BAFX,BBCB
EURO ID:00 331 40 1400 13
DTC:02951
```

Exhibit "D"

Created:19/03/07    13:34:50    By:Robin
                                Owner:

Message mention(s)BANK GUARANTEE-FREE AND CLEAR DELIVERY

Transmitter:CORRESPONDENT:BARC.GB 22    LT:

ROUTE:NIL
        NATIONAL SECURITY CORPORATION,
        17 WEST 220 22ND STREET,
        OAKBROOK TERRACE, ILLINOIS 60181.
EUROCLEAR ACCOUNT#:92961
DTC NUMBER:0226
ACCOUNT NUMBER:F/B/O NFS#:LR4-005509
ACCOUNT NAME:YOKO SHENZHEN MANAGEMENT CORPORATION

OFFICER NAME:MR. RICHARD WLASIUK
TITLE:SR. VP-HEAD OF OPERATIONS

User:Robin              Message State:MT760
------------------------MessageText------------------------
MT760: FREE FORMAT MESSAGE
(20)TRANSCTION REFERENCE NUMBER:BARC-16/0318190307-G
(21) RELATED REFERENCE:Robin231922531
(79) NARRATIVE DESCRIPTION OF ORIGINAL MESSAGE

BENEFICIARY ACCOUNT NAME:YOKO SHENZHEN MANAGEMENT CORPORATION
ACCOUNT NUMBER:F/B/O NFS# LR4-005509

Amount:Five hundred million Euro(500,000,000.00 Eur.)
Guarantee number:BARC-22/190307/G
Date of issue:19TH of March 2007
Date of maturity:19th of March 2008(one year & one day)
Effective from:19th of March 2007
Currency:European Community currency
Place of issue:London Great Britain

We hereby open our Bank Guarantee number BARC-22/190307/G as follows.

For value received by us, We Barclays bank plc, 54 Lombard street,London EC3P 3AH,hereby irrevocably and unconditionally without protest or notification promise to pay against this bank guarantee number BARC-22/190307/G in favour of "YOKO SHENZHEN MANAGEMENT CORPORATION,ACCOUNT NUMBER: F/B/O NFS# LR4-005509" on maturity date the sum of Five hundred million Euro(Eur 500,000,000.00) in the lawful currency of the European Union upon presentation and surrender of this bank guarantee at our counters not more than fifteen days after maturity, provided always that we have the right to discharge our obligations here under by pre-payment in full of the unpaid indebtedness and interests,and relative charges thereon due from or by the beneficiary during the active duration of this bank guarantee after which time this bank guarantee will automatically terminate and become null and void.

Such payments shall be made without set-off and clear of any deductions, charges, fees, or withholdings of any nature, now or hereinafter imposed levied, collected, withheld or assessed by the government of the United Kingdom or any political subdivision or authority thereof or therein.

This bank guarantee is transferable and assignable without presentation to us or payment of any transfer or assignable fee/s.

This bank guarantee is subject to the uniform rules of bank guarantees under the I.C.C publication number 458/500,latest revision.

This guarantee is a fully performed and operative instrument.
Value presented on screens:Reuters:BAFX,BBCB,EURO ID:00 331 40 1400 13, DTC:02951 and your EUROCLEAR:92961, DTC:0226.

DELIVERY OF THIS INSTRUMENT IN FAVOR "YOKO SHENZHEN MANAGEMENT CORPORATION" ON THE EUROCLEAR AND DTCC IS "FREE AND CLEAR" OF ALL AND ANY LIENS AND ENCUMBRANCES.
No mail other communications or hard copy will follow.

Allen J.Scott(Snr.Manager)  Robin Blackburn(Snr. Manager)
(-)End of message
************************************************************
(-)End of transmission 011510 PRT_TPZH

*Exhibit "E"*

# RELEASE OF CLAIMS

## PROPRIETARY AND CONFIDENTIAL

In consideration of the sum of $1000.00 USD (One Thousand United States Dollars), paid in kind by a pending bank to bank wire transfer, allegedly owed to Yoko Shenzhen Management Corporation and/or Mr. Joe Lin (the "Releasor"), payable (the "Debt") by JLV Consultants & Investments Inc. and/or Jamie Lynn Vince and/or Lawrence Carr (the "Releasee"). Under this Release of Claim (the "Agreement"), the Releasor releases and forever discharges (the "Release"), the Debt and the Releasee, from all manner of actions, causes of action, debts, accounts, bonds, contracts, claims and demands for, or by reason of any damage, loss or injury to person and property which has been or may be sustained as a consequence of the following;

1. Corporate Invoice No: JLV-500M-9777A (the "Contract"), issued and signed June 26, 2007, by the Releasee and accepted and signed by the Releasor, of same date;
2. This Agreement shall save harmless not only the Releasee, but also their spouse(s), heirs, executors, administrators, legal representatives or assigns
3. This Agreement dissolves any and all business relationships between the Releasor and the Releasee, inclusive of but not limited to, the aforementioned Contract.

The Releasor acknowledges that this Release is given with the express intention of effecting the extinguishments of any/all obligations purportedly owed by the Releasee, and with the intention of binding his/her spouse, heirs, executors, administrators, legal representatives and assigns.

For the above noted consideration the Releasor further agrees not to make claim or take proceedings against any other person(s) or corporation which might claim contribution or indemnity under the provisions of any statute or otherwise. Electronic and facsimiled signatures shall be deemed as original.

It is agreed that the payment of the Debt is not deemed to be an admission of liability on the part of the Releasee.

It is declared that the terms of this settlement are fully understood; that the amount or type of consideration stated is the sole consideration for this Release and that the sum of the Debt is accepted voluntarily for the purpose of making a full and final compromise, adjustment and settlement of all claims for injuries, losses and/or damages resulting or which may result from the above noted dispute(s).

This Agreement will be construed in accordance with and governed by the laws of Canada, the United States of America, the United Kingdom or other that may have jurisdiction and is subject to full confidentiality and non-disclosure.

**SIGNED AND ACCEPTED**, as of the 6th of September, 2007;

Witnessed by

Mr. Joe Lin/Releasor
Notary Public
On behalf of Yoko Shenzhen Management Corporation

BY: _____
MR. ZHANG SHOURUI
BOARD MEMBER

Accepted and agreed by

Jamie Lynn Vince/Releasee
On behalf of JLV Consultants & Investments Inc.