

## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

**NAME:** Kelly J. Toomy
(Please print)

**STREET ADDRESS:** 9721 So. Genoa Ave

**CITY/STATE/ZIP:** Chicago, IL 60643

**PHONE NUMBER:** 773 715 6709

**CASE NUMBER:**
08CV0412
JUDGE DARRAH
MAG. JUDGE KEYS

Signature: [signed]

Date: 1/18/08

FILED
JAN 18 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT