## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 412 | **DATE** | 1/25/2008 |
| **CASE TITLE** | Yoko Shenzhen Management Corp. v. JLV Consultants and Investments, Ltd., et al. | | |

**DOCKET ENTRY TEXT**

Plaintiff's application to proceed *in forma pauperis* [4] is denied. Plaintiff, through counsel, is required to pay the appropriate filing fee on or before February 28, 2008. Failure to pay the required filing fee, through counsel, will result in dismissal of the suit.

■[ For further details see text below.]                                                                    Docketing to mail notices.

**STATEMENT**

     Before the Court is the application of Plaintiff, Yoko Shenzhen Management Corporation, for leave to proceed *in forma pauperis*. The IFP application and complaint were signed by Kelly J. Ofama.

     An organization or corporation cannot proceed *in forma pauperis* under 18 U.S.C. § 1915, nor can it represent itself *pro se*. *See Rowland v. California Men's Colony*, 506 U.S. 194, 201-02 (1993). Accordingly, Plaintiff's application to proceed *in forma pauperis* is denied. Plaintiff, through counsel, is required to pay the appropriate filing fee on or before February 28, 2008. Failure to pay the required filing fee, through counsel, will result in dismissal of the suit.